# Exhibit 1

# IVY COACH

## CEASE & DESIST AND SETTLEMENT DEMAND - TRADEMARK VIOLATION

Ms. Anjali Bhatia
CollegeWise
3636 Birth Street
Suite 220
Newport Beach, CA 92660
www.collegewise.com
info@collegewise.com

October 23, 2024

Dear Ms. Bhatia:

It has come to our attention that you are violating the trademark of Ivy Coach for the online promotional purposes of your college consulting business, "CollegeWise."

As the leading college consulting company in the world, Ivy Coach is deeply committed to protecting our trademark ([#85800832 for The Ivy Coach](#)) and to ensuring that your confusion of our brand in your company's Google Ads campaign in which you divert traffic to your college counseling company by marketing Ivy Coach's express trademark and the name by with Ivy Coach, Inc. operated for over 25 years before operating as Ivy Coach, ceases immediately as it has already caused great damage to Ivy Coach's business.

The purpose of this communication is to reach a fair settlement in the matter. Within 14 days of the date of this email, please take the following actions:

- You must immediately cease and desist operating in violation of Ivy Coach's trademark and remove any and all content that violates Ivy Coach's trademark — including but not limited to your website, social media, news sites, and Google Ads campaigns.

- You must notify me in writing of the removal of this content. This communication should be sent to legal@ivycoach.com

- You must cease, in perpetuity, all Google Ads from running on Ivy Coach and The Ivy Coach-related searches. While you had a right to run ads on Ivy Coach and The Ivy Coach-related direct searches before infringing Ivy Coach's trademark, settlement is now contingent on your agreeing to cease running any such Ads.

- You must compensate Ivy Coach for the time in which you violated the express trademark of Ivy Coach. Ivy Coach retains screen grabs of the violations of our trademarks, a sampling of which we've included as attachments to this email, which we retain for our records — all of which are also available through the WayBack Machine, the enduring archives of the internet which will remain after you remove the infringing content.

Below is a Settlement Demand for the infringement of Ivy Coach's trademark. To avoid further action, payment must be received by Ivy Coach within 14 days of this communication. Please follow the remittance instructions included on the below Settlement Demand.

Remember that ceasing use of Ivy Coach's trademark does not release you or your company of its responsibility to pay for the infringements and cease your Google Ads campaign on Ivy Coach and The Ivy Coach-related direct searches in perpetuity. We are willing to discuss the circumstances surrounding this matter; however, with no exception, Ivy Coach fully expects to be compensated for the infringement of our mark and we fully expect you to cease running all ads on Ivy Coach and The Ivy Coach-related direct searches in perpetuity.

Ivy Coach has a history of enforcing our intellectual property. We suggest you read about our case vs. College Connections and Tier One Tutors or our case against Lehren Education or our case against John Doe Corporation.

It should be noted that we will not accept any excuses for the infringement of our mark -- including but not limited to "my web developer did it" or "my Google Ads advisor did it as a mistake," etc. These people acted as your representatives. It is you who are responsible.

You should also note that once payment is received and once the Google Ads campaign ceases on Ivy Coach and The Ivy Coach-related searches, this does not permit you or your firm to infringe upon Ivy Coach's trademark. Ivy Coach, upon request, will draw up the Settlement Release. We anticipate your prompt response.

This communication is for settlement purposes only. We reserve all of our rights under law.

Sincerely,


Ivy Coach Legal

**<u>Settlement Demand</u>**

Payment Due _____ $25,000

By November 6, 2024, please be sure to remit payment of $25,000 as compensation for your trademark infringement to the following address:

Ivy Coach, Inc.
515 E. 72nd Street
Suite 34E
New York, NY 10021

212-600-0312 | ashley@ivycoach.com
ivycoach.com

**Sponsored**

 Collegewise
https://go.collegewise.com ⋮

## The Ivy Coach - The Most Trusted Counsellors

9 of 10 families recoommend us. We provide 1-1 college application guidance for every step

★★★★☆ Rating for collegewise.com: 4.6 - 31 reviews

📍 88 Semmens Road, Harrington Park, New Jersey - +1 201-256-1742 - Open today · 9:00A…

**Sponsored**

 Ivy Coach
https://www.ivycoach.com › get › started ⋮

## Ivy League Admissions Coaching

**Ivy Coach** — Form a game plan with **Ivy Coach's** former top college admissions officers. Book a consultation now to learn how your child can stand out as wonderfully weird.

Meet Ivy Coach Leadership · Client Testimonials · Free Consultation · Ivy League Statistics