# Exhibit 2

10/12/2024, 17:05 Crimson Education Mail - Re: CollegeWise - Cease & Desist and Settlement Demand: Trademark Infringement

Case 1:25-cv-05906-RKC    Document 2-2    Filed 07/18/25    Page 2 of 2



Harry Rillstone <h.rillstone@crimsoneducation.org>

## Re: CollegeWise - Cease & Desist and Settlement Demand: Trademark Infringement
1 message

**Legal Team** <legal@collegewise.com>  Fri, Nov 8, 2024 at 4:52 PM
To: legal@ivycoach.com
Bcc: Anjali Bhatia <anjalib@collegewise.com>, Sanne Berkman <s.berkman@crimsoneducation.org>

Dear Ivy Coach Legal,

Reference is made to your correspondence of October 23, 2024.

The ad referred to was up for a short time and yielded no results.

We consider this matter concluded.

**Legal Team**
**e:** legal@collegewise.com
**w:** collegewise.com



**2 attachments**

 **CollegeWise (Anjali Bhatia) - Cease & Desist and Settlement Demand - Trademark Infringement.pdf**
243K

 **Exhibit A - CollegeWise Trademark Infringement.pdf**
146K