# Exhibit 3

# Scoolidge, Peters, Russotti & Fox, LLP

Peter Scoolidge
2 Park Avenue, 20th Fl.
New York, NY 10016
(212) 729-7708
peter@sprfllp.com

December 4, 2024

**VIA EMAIL**

anjalib@collegewise.com
KevinM@collegewise.com
J.Beaton@crimsoneducation.org
info@crimsoneducation.org
usa@crimsoneducation.org

Jamie Beaton
Crimson Consulting Limited

Anjali Bhatia
CollegeWise

3636 Birth Street, Suite 220
Newport Beach, CA 92660

**Attn: Legal Department**

Re: **Lanham Act Violations – Fraud Claims**

Greetings:

    We are counsel for Ivy Coach, Inc. ("Ivy Coach"), a company that provides college admission counseling services and is a competitor of Crimson Education and/or its subsidiary, affiliate, or alter ego CollegeWise ("Crimson"). I write with reference to Ivy Coach's October 23, 2024 correspondence (Exhibit A) to you giving notice of Lanham Act violations committed by Crimson in connection with use of the trademark "Ivy Coach" appearing in Crimson's advertising copy that appears when the term "Ivy Coach" or variations thereof are searched on Google. Such use of the trademark has caused and continues to cause consumer confusion regarding Crimson's affiliation with Ivy Coach and thus has damaged Ivy Coach's goodwill and is properly the subject of an injunction. If Crimson does not immediately cease and desist from running advertisements on "Ivy Coach" as demanded in my client's correspondence to Crimson, this firm will be seeking such injunctive relief promptly.

    Perhaps more troubling than the Lanham Act violations, in the course of investigating Crimson's trademark infringement and business structure I have become aware of a fraud perpetrated by Crimson's founder Jamie Beaton in or around 2014. The attached email correspondence shows that Mr. Beaton, falsely pretending to inquire about Ivy Coach's services

1

**Scoolidge,
Peters,
Russotti &
Fox, LLP**

Peter Scoolidge
2 Park Avenue, 20th Fl.
New York, NY 10016
(212) 729-7708
peter@sprfllp.com

December 4, 2024

on behalf of his Crimson co-founder and ex-girlfriend, Sharndre Kushor, in order to gain non-public information about Ivy Coach's services and pricing (Exhibit B). Shockingly, Mr. Beaton represented Ms. Kushor to be his family member when in fact they were co-founders of a competing business. In conjunction with the Lanham Act violations mentioned above, it is clear that Crimson has violated multiple laws and rights of Ivy Coach in its efforts to clone Ivy Coach's business and to profit from Ivy Coach's intellectual property and proprietary non-public information. Accordingly, Ivy Coach intends to file suit against Crimson and its founders with the damages being based on the value Crimson has attained using the ill-gotten Ivy Coach goodwill and proprietary information.

**I hereby revoke Ivy Coach's offer to settle this matter set forth in its earlier correspondence. Please contact the undersigned by email at peter@sprfllp.com no later than one week from the date of this letter to confirm that you are in compliance with the cease and desist demand to refrain from using "Ivy Coach" or "The Ivy Coach" in advertising copy, as well as using those terms in any advertising service, including but not limited to any activity that would result in Crimson appearing in any search for those trademarked terms. Further, unless Crimson wishes to appear in court and defend an action brought under the Lanham Act and common law fraud claims, Ivy Coach demands a payment of $500,000.00 to release those claims against Crimson and its founders.**

The above is not an exhaustive statement of all the relevant facts and law. Ivy Coach expressly reserves all of its legal and equitable rights and remedies, including the right to seek injunctive relief and recover monetary damages. You are on notice that any and all records, documents, and/or communications related to the above topics are likely to be used in litigation and you should forbear from deleting any such materials and suspend any document management or deletion policies currently in effect.

Sincerely,

*/s/ Peter Scoolidge*
Peter Scoolidge

2

# Exhibit A

# IVY COACH

## CEASE & DESIST AND SETTLEMENT DEMAND - TRADEMARK VIOLATION

Ms. Anjali Bhatia
CollegeWise
3636 Birth Street
Suite 220
Newport Beach, CA 92660
www.collegewise.com
info@collegewise.com

October 23, 2024

Dear Ms. Bhatia:

It has come to our attention that you are violating the trademark of Ivy Coach for the online promotional purposes of your college consulting business, "CollegeWise."

As the leading college consulting company in the world, Ivy Coach is deeply committed to protecting our trademark (#85800832 for The Ivy Coach) and to ensuring that your confusion of our brand in your company's Google Ads campaign in which you divert traffic to your college counseling company by marketing Ivy Coach's express trademark and the name by with Ivy Coach, Inc. operated for over 25 years before operating as Ivy Coach, ceases immediately as it has already caused great damage to Ivy Coach's business.

The purpose of this communication is to reach a fair settlement in the matter. Within 14 days of the date of this email, please take the following actions:

- You must immediately cease and desist operating in violation of Ivy Coach's trademark and remove any and all content that violates Ivy Coach's trademark — including but not limited to your website, social media, news sites, and Google Ads campaigns.

- You must notify me in writing of the removal of this content. This communication should be sent to legal@ivycoach.com

- You must cease, in perpetuity, all Google Ads from running on Ivy Coach and The Ivy Coach-related searches. While you had a right to run ads on Ivy Coach and The Ivy Coach-related direct searches before infringing Ivy Coach's trademark, settlement is now contingent on your agreeing to cease running any such Ads.

- You must compensate Ivy Coach for the time in which you violated the express trademark of Ivy Coach. Ivy Coach retains screen grabs of the violations of our trademarks, a sampling of which we've included as attachments to this email, which we retain for our records — all of which are also available through the WayBack Machine, the enduring archives of the internet which will remain after you remove the infringing content.

Below is a Settlement Demand for the infringement of Ivy Coach's trademark. To avoid further action, payment must be received by Ivy Coach within 14 days of this communication. Please follow the remittance instructions included on the below Settlement Demand.

Remember that ceasing use of Ivy Coach's trademark does not release you or your company of its responsibility to pay for the infringements and cease your Google Ads campaign on Ivy Coach and The Ivy Coach-related direct searches in perpetuity. We are willing to discuss the circumstances surrounding this matter; however, with no exception, Ivy Coach fully expects to be compensated for the infringement of our mark and we fully expect you to cease running all ads on Ivy Coach and The Ivy Coach-related direct searches in perpetuity.

Ivy Coach has a history of enforcing our intellectual property. We suggest you read about our case vs. College Connections and Tier One Tutors or our case against Lehren Education or our case against John Doe Corporation.

It should be noted that we will not accept any excuses for the infringement of our mark -- including but not limited to "my web developer did it" or "my Google Ads advisor did it as a mistake," etc. These people acted as your representatives. It is you who are responsible.

You should also note that once payment is received and once the Google Ads campaign ceases on Ivy Coach and The Ivy Coach-related searches, this does not permit you or your firm to infringe upon Ivy Coach's trademark. Ivy Coach, upon request, will draw up the Settlement Release. We anticipate your prompt response.

This communication is for settlement purposes only. We reserve all of our rights under law.

Sincerely,


Ivy Coach Legal

## Settlement Demand

Payment Due _____ $25,000

By November 6, 2024, please be sure to remit payment of $25,000 as compensation for your trademark infringement to the following address:

Ivy Coach, Inc.
515 E. 72nd Street
Suite 34E
New York, NY 10021

212-600-0312 | ashley@ivycoach.com
ivycoach.com

Sponsored

Collegewise
https://go.collegewise.com

# The Ivy Coach - The Most Trusted Counsellors

9 of 10 families recoommend us. We provide 1-1 college application guidance for every step

★★★★ Rating for collegewise.com: 4.6 - 31 reviews

📍 88 Semmens Road, Harrington Park, New Jersey - +1 201-256-1742 - Open today · 9:00 A...

Sponsored

 Ivy Coach
https://www.ivycoach.com › get › started

# Ivy League Admissions Coaching

**Ivy Coach** — Form a game plan with **Ivy Coach's** former top college admissions officers. Book a consultation now to learn how your child can stand out as wonderfully weird.

Meet Ivy Coach Leadership · Client Testimonials · Free Consultation · Ivy League Statistics

# Exhibit B



Brian Taylor <brian@ivycoach.com>

## Fwd: The Ivy Coach I Sharndre Kushor



On Wed, Aug 13, 2014 at 2:29 PM, The Ivy Coach <Director@theivycoach.com> wrote:
Jamie,
As I mentioned previously when I said, that we wouldn't take on your sister as an unlimited case, and that "we wish your sister the best of luck," I might have been a tad too subtle that you didn't get it. In any event, we are not interested in working with you or your sister. Good luck!

~Bev
Bev Taylor
The Ivy Coach®
www.theivycoach.com
515 East 72nd Street, New York, NY 10021
P: (212) 600-0312 ~ F: (646) 778-3702


On Aug 13, 2014, at 3:43 PM, Jamie Beaton <jamiebeaton@college.harvard.edu> wrote:

> Hi Bev,
> I would like to know how your process is different to standard admissions consulting companies and how you add the value that these firms you don't compete with don't have. I am not realistically going to send someone $2500 before I even know where the advantage comes from. Also, isn't your hourly rate $995? so isnt 2.5 hours $2487.50?
>
> If you re-read your emails to me you told me nothing about your process or candidacy support, merely that you don't compete with anyone and are a member of a bunch of organizations.
>
> Cheers,
> Jamie
>
>> On Wed, Aug 13, 2014 at 3:23 PM, The Ivy Coach <Director@theivycoach.com> wrote:
>> Hi Jamie,
>> Not sure what you mean by initial consultation. I feel as though my responses in these two emails have covered anything that we would discuss in a free 20 minute consultation. Besides, our free consultation is just to answer general questions. If you would like to start with a serious evaluation that limits your commitment we can do this in a 2.5 hour session for $2,500.
>>
>> Let me know if you're interested and I'll send you a list of documents / info we'll need.

~Bev
Bev Taylor
The Ivy Coach®
www.theivycoach.com
515 East 72nd Street, New York, NY 10021
P: (212) 600-0312 ~ F: (646) 778-3702

On Aug 13, 2014, at 3:15 PM, Jamie Beaton <jamiebeaton@college.harvard.edu> wrote:

Hi Bev,
Okay, you've convinced me. How does she schedule an initial consultation? When is your next available time?

Cheers,
Jamie

On Wed, Aug 13, 2014 at 3:09 PM, The Ivy Coach <Director@theivycoach.com> wrote:
Please scroll down for my responses.

~Bev
Bev Taylor
The Ivy Coach®
www.theivycoach.com
515 East 72nd Street, New York, NY 10021
P: (212) 600-0312 ~ F: (646) 778-3702

On Aug 13, 2014, at 2:41 PM, Jamie Beaton <jamiebeaton@college.harvard.edu> wrote:

Hi Bev,
Okay thank you for your reply. I have read and digested this. I have a few questions:

1. Client confidentiality is of supreme importance. When I spoke to Dr Hernandez she said that she does not disclose her client's name because it is unfavourable to them as it looks a lot stronger to not be associated with companies like these. She clearly has thousands of results as you do so I don't see much into whether this is a relevant discerning factor although I am little bit skeptical as to why these students are willing to have their names plastered all over the internet - We too consider client confidentiality paramount. However, if a student or parent is willing to write a testimonial using their real names we're not about to discourage them. And yes, I would expect that Michelle would say that.

2. These accrediting companies mean very little to my family. Companies like the University of Phoenix are utterly toxic in education and come plastered with all kinds of such qualifications. My interest in the exact differentiating factors between your two services refer to your exact techniques, guidance and students. I find this somewhat insulting. **I'm not sure why you're referencing the University of Phoenix here, but NACAC and IECA have very strict guidelines for membership, and the fact that Michelle Hernandez is not a member of either organization should be a red flag to any potential client.**

3. As I assume you don't disclose your full results to every media company, getting such speaking events and coverage is more a feat of PR and marketing rather than the quality of a service. McKinsey does not appear in every second article on consulting but they have a global reputation for expertise based on client results. **No - you're wrong. Doing annual presentations at Columbia, Johns Hopkins, the Scholarship Coordination Office in Abu Dhabi, and the Ministry of Education of the People's Republic of China in Nanjing and Beijing don't happen because of PR. They happen because of the quality of our work and the reputation we've earned. They also are repeated because they turn into standing-room only events. I am interested in hearing about your differentiation factor in helping Sharndre not in marketing. We would not do this unless we were to schedule an evaluation.**

4. Sharndre is in Junior Year so are you saying there are no unlimited packages left for next year? We are very much interested in locking in as much as your personal attention as possible. Can you let me know the ratio of you to your unlimited students?

5. Where is the marginal difference in value between consultants like Veritas Prep at $350 an hour and you guys at $995? **Veritas Prep is not our competition, and neither is Michelle Hernandez. We can charge $995 an hour because that's what our clients are willing to pay for the services we provide.**

Thank you for your super fast reply, I look forward to getting my nerves quelled a little bit more with some direct responses and we can get things moving.

We wish your sister the best of luck!

Cheers,
Jamie

On Wed, Aug 13, 2014 at 2:33 PM, The Ivy Coach <Director@theivycoach.com> wrote:
> Hi Jamie,
> Glad to hear that you were referred by your Harvard friends! It's likely that we helped them get into Harvard, but we wouldn't expect them to tell you that, and that's fine!
>
> At this point we're not taking on any additional seniors for the unlimited package. However, you might want to think about

starting with our 20 hour package for $19,750 and going from there if necessary. And to answer your other question....while I work with my team, I also work directly with our students.

In regard to Michelle Hernandez's company...it is in no way similar to The Ivy Coach, and neither are any other college consulting companies. We are the premier college consulting company in the world and if you don't want to take our word for this, then just take a quick look at our press articles. The number of reporters who have asked for our opinion should be enough to show you how we are the real experts in this field. See our press articles - click on each logo and in many cases you will see multiple articles from that particular media source. In total, we have over a hundred press articles. No other college consulting company comes even close. Also look at our speaking engagements page - Columbia University, Johns Hopkins University, the Scholarship Coordination Office in Abu Dhabi, and the Ministry of Education of the People's Republic of China in Nanjing and Beijing as well as private corporations, would not ask us to speak at their events if we weren't world recognized.

Furthermore, no other college consulting company has testimonials from actual clients with first and last names and city and states. The names / signatures on Hernandez' multiple testimonial pages http://www.hernandezcollegeconsulting.com/testimonials/ - say "Parents of student accepted to University of Pennsylvania/Cornell/Washington University" or "Student - Stanford Early Action." Does it really matter what the testimonial says if there are no real names? We think not for anyone can write anything about themselves!

Do yourself a favor and when looking for a college consulting company be sure that the director is a member of both NACAC (National Association for College Admission Counseling) and IECA (Independent Educational Consultants Association). These are the two governing organizations for independent college counselors. You'll see the logos for these organizations on the company website if the director is a member. The NACAC and IECA logos are at the bottom of every page of The Ivy Coach's website. You can also go to IECA's website - http://www.iecaonline.com/cfm_PublicSearch/pg_PublicSearch.cfm?mode=entry - and put Michelle Hernandez in the search box at the bottom. You'll see she's NOT listed. Then put Bev Taylor in that same box. Since as a non member you can't search for a college consultant on the NACAC website, I did the search for you - see the attached two documents. On one page you'll see Hernandez' name is NOT listed, and on the other page you'll see Bev Taylor, The Ivy Coach, IS listed.

But I'm not going to try to convince you about how The Ivy Coach delivers. We just do. We never have to prove ourselves to prospective clients, and we don't try to. Of course our results over the past 20 years have proven our expertise. "Over the last 20 years 100% of our students were accepted to one of their top 3 choices and 93% of our students were accepted to their first college choice."

~Bev

Bev Taylor
The Ivy Coach®
www.theivycoach.com

515 East 72nd Street, New York, NY 10021

P: (212) 600-0312 ~ F: (646) 778-3702

On Aug 13, 2014, at 12:29 PM, Jamie Beaton <jamiebeaton@college.harvard.edu> wrote:

> Hi Bev,
> Sharndre is very committed to getting into a top-tier school. We are very flexible in terms of package options and only want to make sure she gets the very best support. I was referred to your service by a few Harvard friends of mine who know of The Ivy Coach.
>
> Can you let me know how much the unlimited package is for 10 schools? Furthermore, does Sharndre spend the entire time working with you or some other counselor? If it is with you, how many students do you work with on an ongoing basis i.e. what will the ratio be of students to you.
>
> We want to make a decision regarding our admissions consultant ASAP and are looking into you guys and Hernandez Consulting which is another firm at a lower price point to you guys so I would also appreciate a direct comparison as to why we should choose you guys.
>
> Cheers,
> Jamie Beaton
>
>
> On Wed, Aug 13, 2014 at 11:58 AM, The Ivy Coach <Director@theivycoach.com> wrote:
>> Hi Sharndre,
>> Thanks for contacting The Ivy Coach!
>>  Through Skype, phone, email and, if possible, face-to-face meetings, we work with students from across the country and around the globe, so distance is never an issue. Our work covers all aspects of the college admissions process.
>>
>> We would be happy to help you as you seek to gain admission to the colleges of your choice. We offer a free consultation and if you would like to set one up, just email me some dates and times when both you and your parent are available. So that you know in advance, I've included some information about The Ivy Coach as well as our fee structure.
>>
>> Our fees for college consulting vary depending upon the package that you select: Our rates are $995 per hour, and $19,750 for a 20 hour package. We also offer an unlimited package.

Additionally, we offer tutoring for the SAT, ACT, Subject Tests, AP exams, etc. Our experienced tutors are all graduates of Ivy League colleges, are experts in their fields, and have been able to help our students achieve significant increases in their standardized test scores. Our hourly fee for individual tutoring is $375, and a 20 hour tutoring package is $7,200.

If you haven't already done so, be sure to peruse our website to learn more about the highly competitive college admissions process via our blogs, videos, newsletters, and the published articles from The New York Times, US News and World Report, The Wall Street Journal, and many more in which we're featured. You can sign up for our monthly newsletter here. Also make sure you review our services page, which describes each of our consulting packages in detail.

Once again, if you're interested in our free consultation, we ask that you email us dates and times that are convenient for both you and your parent.

~Bev

P.S. If you do nothing else right now, you might consider having us put together a plan for this coming year so that you are sure to fill in any gaps that you may have (that you may not even know about) and make sure your list of colleges is appropriate. In doing this we would come up with a strategy (both academic and extracurricular) that will make you as competitive as you can be to the colleges and universities to which you apply. And of course, you also might want us to review your Common App. and supplemental essays if you've written them, or get you started on writing them if you haven't already done so.

Bev Taylor
The Ivy Coach®
www.theivycoach.com
515 East 72nd Street, New York, NY 10021
P: (212) 600-0312  ~  F: (646) 778-3702


On Aug 13, 2014, at 11:40 AM, Sharndre Kushor <jamiebeaton@college.harvard.edu> wrote:

**Name of Student:**

Sharndre Kushor

**Gender:**

Male

**Name or Parent:**

Paula Beaton

**Form Is Completed By:**

Student

**Email:**

jamiebeaton@college.harvard.edu

**Phone Number:**

642102627728

**City:**

Auckland

**Country:**

New Zealand

**Current Year In School:**

High School - Senior

**Year of High School Graduation**

2015

--

Harvard College
AB/MS (Applied Mathematics-Economics)

--

Harvard College
AB/MS (Applied Mathematics-Economics)
Education Consultant, Crimson Consulting

--

Harvard College
AB/MS (Applied Mathematics-Economics)
Education Consultant, Crimson Consulting

--

Harvard College
AB/MS (Applied Mathematics-Economics)
Education Consultant, Crimson Consulting