# Exhibit 4



**Peter Scoolidge <peter@sprfllp.com>**

---

**Fwd: Ivy Coach - Lawsuit**

---

**Peter Scoolidge** <peter@sprfllp.com>                                                    Tue, Dec 10, 2024 at 3:55 PM
To: Brian Taylor <brian@ivycoach.com>
Cc: Margaret Scoolidge <margaret@sprfllp.com>

---------- Forwarded message ---------
From: **Harry Rillstone** <h.rillstone@crimsoneducation.org>
Date: Tue, Dec 10, 2024 at 3:54 PM
Subject: Re: Ivy Coach - Lawsuit
To: <peter@sprfllp.com>

Hi Peter

I am in receipt of your letter of 4 December 2024. Our reply as follows:

1. We addressed the matters raised in the October 23, 2024 letter by way of email reply on or about November 7, 2024. We have nothing further to add here.
2. We wholeheartedly reject the allegations of fraud. No intellectual property or proprietary non-public information was obtained or used.

Kind Regards,
Harry



**Harry Rillstone**
Director, Legal and Compliance | New Zealand

— —

**P** +64 9 282 3237 | **M** +64 21 667 895 | **E** h.rillstone@crimsoneducation.org

Level 3 | 18 Stanley Street | Auckland 1010 | New Zealand

crimsoneducation.org



This email may be confidential and/or protected by legal privilege. Disclosure, copying, distribution and use are prohibited. If you are not the intended recipient, please notify me immediately and delete this email.