# Exhibit 6



Peter Scoolidge <peter@sprfllp.com>

## Re: Ivy Coach - Lawsuit

**Harry Rillstone** <h.rillstone@crimsoneducation.org>  
To: Peter Scoolidge <peter@sprfllp.com>  
Cc: Legal Team <legalteam@crimsoneducation.org>

Mon, Jun 16, 2025 at 10:01 PM

Dear Mr. Scoolidge,

Thank you for your email and patience while I discussed with the respective teams.

We do not concede that any of the uses referenced in your email constitute trademark infringement. The advertisements in question are either no longer active or relate to permissible keyword bidding practices commonly employed in paid search advertising.

In the circumstances, we do not accept that any claim for damages or other remedies is justified. Any continued pursuit of such claims would, in our view, be disproportionate and unmerited. We consider this matter resolved.

No admission of liability is made in respect of any allegation contained in your correspondence, and all rights expressly reserved.

Kind Regards,



**Harry Rillstone**
Director, Legal and Compliance | New Zealand

——

**P** +64 9 282 3237 | **M** +64 21 667 895 | **E** h.rillstone@crimsoneducation.org

Level 3 | 18 Stanley Street | Auckland 1010 | New Zealand

crimsoneducation.org



This email may be confidential and/or protected by legal privilege. Disclosure, copying, distribution and use are prohibited. If you are not the intended recipient, please notify me immediately and delete this email.

On Tue, Jun 10, 2025 at 4:49 AM Peter Scoolidge <peter@sprfllp.com> wrote:
> Dear Mr. Rillstone,

I write with reference to previous correspondence, which is attached hereto.  Further, Ivy Coach has become aware of new trademark infringement since I last corresponded about this matter - particularly the attached search result showing use of the trademark "Ivy Coach" in your ad copy.  This is willful infringement and Ivy Coach is preparing to file suit and will seek the highest measure of damages available, as well as attorneys' fees.  Crimson and CollegeWise have been on notice of the violations of Ivy Coach's intellectual property rights and theft of its goodwill for an extended period, and thus there can be no misunderstanding about the infringements committed by your organization.

Unless you agree to pay Ivy Coach the sum of $150,000.00, and to promise unequivocally in writing to refrain from using "Ivy Coach" or any variation thereof for any purpose, no later than June 20, 2025, I will be serving your organization with a summons and complaint and also moving for a temporary restraining order at the commencement of the action.  Reserving all rights.

Regards,
Peter Scoolidge
Scoolidge Peters Russotti & Fox, LLP
2 Park Avenue - 20th Floor
New York, NY 10016
Office:  (212) 729-7708
Cell:     (914) 443-8187


---------- Forwarded message ---------
From: **Harry Rillstone** <h.rillstone@crimsoneducation.org>
Date: Wed, Dec 11, 2024 at 4:23 PM
Subject: Re: Ivy Coach - Lawsuit
To: Peter Scoolidge <peter@sprfllp.com>


Hi Peter,

Please find **attached**.

Kind Regards,



**Harry Rillstone**
Director, Legal and Compliance | New Zealand

—  —

**P** +64 9 282 3237 | **M** +64 21 667 895 | **E**  h.rillstone@crimsoneducation.org

Level 3 | 18 Stanley Street | Auckland 1010 | New Zealand

crimsoneducation.org

  

This email may be confidential and/or protected by legal privilege. Disclosure, copying, distribution and use are prohibited. If you are not the intended recipient, please notify me immediately and delete this email.

On Thu, Dec 12, 2024 at 4:19 AM Peter Scoolidge <peter@sprfllp.com> wrote:
> Please send me the email response- my client did not receive it.  Reserving all rights.
>
> Peter Scoolidge
> Scoolidge Peters Russotti & Fox, LLP
> 2 Park Avenue - 20th Floor
> New York, NY 10016
> Office:  (212) 729-7708
> Cell:     (914) 443-8187
>
>> On Tue, Dec 10, 2024 at 3:54 PM Harry Rillstone <h.rillstone@crimsoneducation.org> wrote:
>> Hi Peter
>>
>> I am in receipt of your letter of 4 December 2024. Our reply as follows:
>>
>> 1. We addressed the matters raised in the October 23, 2024 letter by way of email reply on or about November 7, 2024.  We have nothing further to add here.
>> 2. We wholeheartedly reject the allegations of fraud. No intellectual property or proprietary non-public information was obtained or used.
>>
>> Kind Regards,
>> Harry
>>
>> 
>>
>> **Harry Rillstone**
>> Director, Legal and Compliance | New Zealand
>>
>> ——
>>
>> P  +64 9 282 3237 | M  +64 21 667 895 | E  h.rillstone@crimsoneducation.org
>>
>> Level 3 | 18 Stanley Street | Auckland 1010 | New Zealand
>>
>> crimsoneducation.org
>>
>>   
>>
>> This email may be confidential and/or protected by legal privilege. Disclosure, copying, distribution and use are prohibited. If you are not the intended recipient, please notify me immediately and delete this email.