# ALSTON & BIRD

90 Park Avenue
New York, NY 10016
212-210-9400

**Christopher McArdle**  Direct Dial: **212-210-9542**  Email: **chris.mcardle@alston.com**

**VIA ECF**

October 9, 2025

The Honorable Judge P. Kevin Castel
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
New York, NY 10007

Re:  *Ivy Coach Inc. v. Crimson Education (USA) Inc. et al*, Case No. 1:25-cv-05906 (PKC)

Dear Judge Castel:

We represent Defendants Crimson Education (USA) Inc. ("Crimson") and TPR Admissions Counseling, LLC ("CollegeWise", collectively "Defendants") in the above-referenced action. Pursuant to Rule I(A)-(C) of the Court's Individual Practices in Civil Cases and Local Rule 7.1(e), Defendants respectfully request an extension of time for Defendants to respond to Plaintiffs' Second Amended Complaint, through and including Thursday, October 30, 2025 to align both Defendants with the same response deadline. Plaintiff's counsel consents to this extension and the other proposed responsive deadlines as outlined below. Further, the Court's initial pretrial conference is currently scheduled for October 17, 2025. *See* Dkt. 15.

The Court recently granted Plaintiff's motion for leave to file a Second Amended Complaint to add Crimson as a party and remove Crimson Consulting Ltd. Crimson has not yet been served with process. Currently, CollegeWise's deadline to file an answer or otherwise respond to Plaintiff's Second Amended Complaint is October 9, 2025.

In the interest of efficiency, it would benefit all parties if both Defendants shared a response deadline. Further, this will allow Defendants to invest sufficient time investigating the allegations and claims asserted in the Second Amended Complaint and to prepare an appropriate response. In exchange for CollegeWise's extension of time to answer or otherwise respond, Crimson has agreed with Plaintiff to accept service of process. The parties have also mutually agreed to the following proposed schedule for deadlines:

- October 30, 2025 – Defendants' deadline to answer or otherwise respond
- December 12, 2025 – Plaintiff's deadline to respond to Defendants' filings, as necessary
- January 2, 2026 – Defendants' deadline to submit any further filings, as necessary

Alston & Bird LLP                                                                                                   www.alston.com

Atlanta | Brussels | Century City | Charlotte | Chicago | Dallas | London | Los Angeles | New York | Raleigh | San Francisco | Silicon Valley | Washington, D.C

Additionally, pursuant to the Court's Individual Practices in Civil Cases, the parties also respectfully request an adjournment of the Court's initial pretrial conference, scheduled for October 17, 2025, to November 13, 2025 or later, at least fourteen days after Defendants' extended deadline to answer or otherwise respond to the Second Amended Complaint.

We are available at Your Honor's convenience if the Court requires any additional information.

Respectfully Submitted,
*/s/ Chris McArdle*
Christopher L. McArdle
Alston & Bird LLP
*Counsel for Defendants*